UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIN MANAGEMENT, INC.,

    Plaintiff,

v.

GALINA KUBRAK, et al.,

    Defendants.

2:09-CV-1714 JCM (LRL)

**ORDER**

Presently before the court is attorney Stephen A. Fraser's application and declaration to extend time to amend a petition for permission to practice pro hac vice. (Doc. # 7) On December 12, 2009, an order was granted approving Mr. Fraser's petition to practice pro hac vice. (Doc. # 9). Therefore, this request of the court is moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that attorney Stephen A. Fraser's application and declaration to extend time to amend a petition for permission to practice pro hac vice. (Doc. # 7) be, and the same hereby is, DENIED as moot.

DATED July 15, 2010.

    /s/ James C. Mahan
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**