UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIN MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GALINA KUBRAK, et al., <br><br> Defendants. | 2:09-cv-01714-JCM-LRL |

### DEFAULT JUDGMENT

An application for entry of default judgment having been duly made by plaintiff for judgment against defendants, Galina Kubrak, an individual, dba Americana 5 Inn aka Americas Best Value Inn, and dba Nellis Motel dba Nellis Motel Company, Inc., a Close Corporation aka Americas Best Value Inn Nellis AFB; Nellis Motel Company, Inc., a Close Corporation dba Nellis aka Americas Best Value Inn Nellis AFB; Prestige Realty & Developers, Inc., a Nevada domestic corporation; and The David Lapin, a Nevada limited partnership, and the default of said defendants having been entered for failure to answer or otherwise defend as to the complaint of plaintiff, and it

1

appearing that said defendants are not in the military service of the United States and are not infants or incompetent persons, and good cause appearing therefore,

IT IS ORDERED that plaintiff recover of and from defendants, as follows:

The principal sum of $193,812.93, together with statutory interest accruing from July 1, 2007, until paid in full, plus costs of suit and attorneys' fees.

DATED this 24th day of May, 2011.

_____
United State District Judge

Submitted by:
THOMAS J. HALL, ESQ.
Nevada Bar No. 675
305 South Arlington Avenue
Post Office Box 3948
Reno, Nevada  89505
Telephone: 775-348-7011
Facsimile: 775-348-7012

Attorney for Plaintiffs

2